IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Szymanski, Richard C | Case Number: 07 B 10643 |
|---|---|---|
| | Szymanski, Leslie J | Judge: Goldgar, A. Benjamin |
| | Printed: 01/22/09 | Filed: 6/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 4, 2008
Confirmed: October 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,245.42 | |
| Secured: | | 3,726.93 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 234.14 |
| Other Funds: | | 284.35 |
| Totals: | 4,245.42 | 4,245.42 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 9,457.28 | 3,726.93 |
| 5. | Portfolio Recovery Associates | Unsecured | 676.49 | 0.00 |
| 6. | Capital One | Unsecured | 650.00 | 0.00 |
| 7. | Capital One | Unsecured | 626.06 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 462.51 | 0.00 |
| 9. | Merrick Bank | Unsecured | 193.98 | 0.00 |
| 10. | Capital One | Unsecured | 131.34 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 64.54 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 568.52 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 121.12 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 558.97 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 54.29 | 0.00 |
| 16. | Capital One | Unsecured | 87.92 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 31.12 | 0.00 |
| 18. | Juniper Bank | Unsecured | | No Claim Filed |
| 19. | Value City | Unsecured | | No Claim Filed |
| 20. | Exxon Mobil | Unsecured | | No Claim Filed |
| 21. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 22. | Target National Bank | Unsecured | | No Claim Filed |
| 23. | Target National Bank | Unsecured | | No Claim Filed |
| | | | $ 13,684.14 | $ 3,726.93 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Szymanski, Richard C | Case Number: 07 B 10643 |
|---|---|---|
| | Szymanski, Leslie J | Judge: Goldgar, A. Benjamin |
| | Printed: 01/22/09 | Filed: 6/14/07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 115.61 |
| 6.5% | 103.52 |
| 6.6% | 15.01 |
| | $ 234.14 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

